UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

CONNOR T. ROCHE,

   Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

Case No. C20-5880-SKV

[PROPOSED] ORDER GRANTING MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand from the Court, the Appeals Council will instruct the Administrative Law Judge (ALJ) as follows:

The ALJ will provide Plaintiff with the opportunity for a new hearing. The ALJ will reevaluate whether Plaintiff has medically determinable impairments of fibromyalgia, autism, and/or Asperger syndrome and, if so, whether any such impairments are severe. The ALJ will reevaluate the medical evidence and Plaintiff's symptom testimony. The ALJ will also reassess Plaintiff's residual functional capacity, with particular attention to any mental limitations. The

ALJ will continue the sequential evaluation process and obtain, as warranted, a consultative examination, vocational expert testimony, and/or medical expert testimony.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 21st day of June, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov